■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY OTTOMANELLI, Appellant.—Appeals by the defendant from two judgments of the Supreme Court, Suffolk County, both rendered November 17, 1978, one convicting him of attempted arson in the third degree, the other convicting him of attempted criminal usury in the first degree, both upon his pleas of guilty, and imposing sentences. Judgments affirmed. The record does not support the defendant's contention, raised for the first time on appeal, that he was entrapped into committing the offenses charged. Moreover, the defense of entrapment was waived by the defendant's guilty pleas. (See *People v Bogatin,* 48 AD2d 674.) Mollen, P. J., Cohalan, O'Connor and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN P. RERA, SR., Appellant.—Appeals by defendant from (1) a judgment of the County Court, Suffolk County, rendered December 20, 1976, upon resentence, convicting him of four counts of sodomy in the third degree and one count of rape in the third degree, upon a jury verdict, and sentencing him to consecutive terms of zero to four years' imprisonment on each count, and (2) (by permission) an order of the same court, dated January 23, 1979, which, after a hearing, denied his motion to vacate the judgment. Order affirmed. Judgment modified, as a matter of discretion in the interest of justice, by deleting the provision that the sentences imposed upon the sodomy convictions are to be served consecutively and substituting therefor a provision that the sodomy sentences shall be served concurrently with each other and consecutively to the sentence imposed upon the rape conviction. As so modified, judgment affirmed. The sentences imposed were excessive to the extent indicated. We have considered the other points raised by the defendant and have found them to be without merit. Lazer, J. P., Gibbons, Gulotta and Margett, JJ., concur.